**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andres Romero, | No. CV-20-00316-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Mark J Dannels, et al., | |
| Defendants. | |

The Court finding good cause,

**IT IS ORDERED,** pursuant to the Stipulation (Doc. 26) by the parties that all claims against all Defendants are dismissed with prejudice, and that this lawsuit is dismissed in its entirety, with prejudice, the parties to bear their own costs and fees.

Dated this 28th day of April, 2021.

Honorable David C. Bury
United States District Judge